***UNITED STATES DISTRICT COURT***
***DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| ALL POINTS CAPITAL CORP. | : | [redacted] 05 305 5 |
| -V- | : | Civil Action No. |
| BEACON PRESS CORP., ANTHONY RITACCO, and MARY RITACCO | : | |

***VERIFIED COMPLAINT***

1. Plaintiff All Points Capital Corp., is a foreign corporation with its principal place of business in Melville, New York.

2. Defendant Beacon Press Corp. ("Beacon"), is a Rhode Island corporation with its principal place of business in Warwick, Rhode Island.

3. Defendant Anthony Ritacco, a Rhode Island resident, is President of Defendant Beacon and is a guarantor of various financial obligations of Defendant Beacon owing to the Plaintiff.

4. Defendant Mary Ritacco, a Rhode Island resident, is, upon information and belief, the wife of Anthony Ritacco.

JURISDICTION

5. The Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332, there being in controversy a sum exceeding $75,000 and the controversy is between citizens of different states. In addition, pursuant to the agreement evidencing financial obligations of Defendants to Plaintiff, the parties agree that Rhode Island law governs this dispute.

CAUSES OF ACTION

6. This Complaint is one for breach of an Equipment Financing Agreement dated March 22, 2004, as amended, between Plaintiff, as assignee of Comquip Capital & Leasing, Inc., and Defendant Beacon.

7. Defendant Anthony Ritacco guaranteed Beacon's performance under the Equipment Financing Agreement.

8. Defendant Beacon acknowledged the assignment from Comquip Capital & Leasing, Inc., as part of an Extension and Modification Agreement dated January 28, 2005.

9. Plaintiff seeks remedies under the Financing Agreement and the Guaranty, including damages.

10. In addition, this Complaint seeks relief for a fraudulent conveyance made by Anthony and Mary to Mary individually, to the detriment of Anthony's creditors.

**COUNT ONE**
**Breach of Contract – Beacon Press Corp.**

11. Plaintiff repeats the allegations contained in Paragraphs 1 through 10 of the Complaint as if restated herein in full.

12. Plaintiff's predecessor-in-interest and Defendant Beacon entered into the Equipment Financing Agreement dated March 22, 2004, as amended, a true and exact copy of which is attached hereto as Exhibit 1.

13. The Equipment Financing Agreement was assigned by Comquip to All Points on or about June 22, 2004.

14. Pursuant to the Equipment Financing Agreement, Plaintiff as assignee leased to Defendant Beacon equipment utilized by Beacon in its business operations in Warwick, Rhode Island.

15. Defendant Beacon has gone into default of and otherwise renounced and breached the Equipment Financing Agreement.

16. Defendant Beacon has breached the Equipment Financing Agreement by failing to pay monthly payments due under the Agreement.

17. Defendant Beacon owes Plaintiff as a result of the default of obligations under the Equipment Financing Agreement the principal sum of $618,496.22 plus interest from June 17, 2005, plus late charges, plus attorneys' fees, all in accordance with the terms of the Equipment Financing Agreement between the parties.

18. Despite demand, Defendant Beacon refuses to pay Plaintiff.

**COUNT TWO**
**Breach of Guaranty**

19. Plaintiff repeats and re-alleges Paragraphs 1 through 18 of the Complaint as if they had been restated herein in full.

20. Defendant Anthony Ritacco executed a Guaranty, also dated March 22, 2004, covering the liabilities of Defendant Beacon to Plaintiff, including all liabilities pursuant to the Equipment Financing Agreement. A true and exact copy of the Guaranty is attached hereto as Exhibit 2.

21. Defendant Anthony Ritacco, by virtue of the Guaranty executed by him, guaranteed payment to Plaintiff of the obligations of Defendant Beacon.

**COUNT THREE**

**Fraudulent Conveyance – Anthony Ritacco and Mary Ritacco**

22. Plaintiff repeats and re-alleges Paragraphs 1 through 21 of the Complaint as if they had been restated herein in full.

23. On November 11, 2004, Anthony Ritacco and Mary Ritacco quitclaimed to Mary Ritacco, individually, a parcel of land located on Alger Avenue, Warwick, Rhode Island (the "Fraudulent Transaction").

24. A copy of the deed memorializing the Fraudulent Transaction is attached as Exhibit 3.

25. The Fraudulent Transaction was made with actual intent to hinder, delay or defraud Anthony Ritacco's creditor, All Points.

26. Anthony Ritacco received less than a reasonably equivalent value in exchange for the land transferred in the Fraudulent Transaction, and left Anthony Ritacco with assets unreasonably small in relation to the Fraudulent Transaction.

WHEREFORE, Plaintiff demands that judgment enter against Defendants Beacon, Anthony Ritacco and Mary Ritacco as follows:

(a) For Plaintiff and against Beacon Press and Anthony Ritacco, jointly and severally, for $618,496.22 plus interest;

(b) For Plaintiff and against Beacon Press and Anthony Ritacco, jointly and severally, for late charges, costs and attorneys' fees;

(c) Enjoining Mary Ritacco from transferring, encumbering, or otherwise reducing Anthony Ritacco's former interest in the property conveyed by the Fraudulent Transaction, and declaring that Anthony Ritacco's interest in the property conveyed by the Fraudulent Transaction be deemed to be held in constructive trust for the benefit of All Points, or some other measure of protection for its benefit; and

(d) For such other relief to Plaintiff as the Court deems proper.

ALL POINTS CAPITAL CORP.
By its attorneys,

Robert D. Fine, Esq. (#2447)
Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411

***[VERIFICATION APPEARS ON NEXT PAGE]***

VERIFICATION

I, CATHERINE WILINSKI, hereby certify that I am the Vice President of All Points Capital Corp., plaintiff in the above-entitled matter, that I have read the foregoing Verified Complaint and know the contents thereof, and that the allegations contained in the Verified Complaint are true and correct based on my knowledge, information and belief.

Catherine Wilinski

Catherine Wilinski

STATE OF New York
COUNTY OF Nassau

Subscribed to and sworn before me this 7th day of July, 2005.

Michele A. Martino

Notary Public
Commission Expires:

MICHELE A. MARTINO
Notary Public, State of New York
No. 01MA5077149
Qualified in Nassau County
Commission Expires May 5, 2007

FILED