33756 Bk: 5493 Pg: 11

# *QUIT-CLAIM DEED*

**Anthony A. Ritacco and Mary P. Ritacco** of Warwick, Rhode Island, for consideration paid, grant to **Mary P. Ritacco, of ~~East Greenwich~~, Rhode Island as Sole Owner,** ***Quit-Claim COVENANTS*** Warwick DB

**SEE EXHIBIT "A:" ATTACHED HERETO AND MADE A PART HEREOF.**

The Grantor does hereby covenant that he is a resident of Rhode Island in compliance with R.I.G.L. 44-30-71.3.

The Grantor does hereby covenant that R.I.G.L. 23-28.35-1 et seq has in fact been complied with.

Consideration is such that no transfer stamps are required.

***IN WITNESS WHEREOF***, We have set our hands on this 11TH day of November, **2004,**

Anthony A. Ritacco

Mary P. Ritacco

**STATE OF RHODE ISLAND**

**County of** Kent

In E. Greenwich ,on this 11TH day of November , **2004, in said County,** before me personally appeared **Anthony A. Ritacco and Mary P. Ritacco,** to me known and known by me to be the party executing the foregoing instrument, and she acknowledged said instrument by them executed to be her free act and deed.

**NOTARY PUBLIC**
**Commission Expiration:**

MAUREEN FIGUERADO
NOTARY PUBLIC
STATE OF RHODE ISLAND
COMM. EXP. 12/31/07

Grantee's Address:
**26 Alger Avenue**
**Warwick, RI**

EXHIBIT "A"

That certain tract or parcel of land, with all buildings and improvements thereon, situated on the southerly side of Alger Avenue, in the City of Warwick, County of Kent and State of Rhode Island, bounded and described as follows:

Beginning at the northeasterly corner thereof at a point in the southerly line of Alger Avenue, said point being the northwesterly corner of land now or lately of Grace N. Maurer; thence running southerly, bounded easterly by said Maurer land, fifty-seven and 53/100 (57.53) feet to Narragansett Bay; thence turning and running westerly, bounded southerly by said Bay, to land now or lately of Everett R. Howie et ux; thence turning and running northerly, bounded westerly by said Howie land, sixty-six (66) feet to Alger Avenue; thence turning and running easterly along the southerly line of Alger Avenue, eighty-two and 18/100 (82.18) feet to the point of beginning.

Said parcel is a portion of that certain lot or parcel of land identified as Lot No. 11 (eleven) on that plat entitled, "PLAT OF LAND AT COWESETT, R.I. BELONGING TO HARRIET A. ARNOLD & CELIA S.A. WHEAT BY FRANK E. WATERMAN CO. AUGUST 1917 SCALE 1" = 40'," said plat being recorded in the Land Evidence Records of the City of Warwick on Plat Card 262.

Subject to rights of others in and to Greenwich Cove.

Recorded
12/01/2004 03:02:52PM
Marie T. Bennett, City Clerk
City of Warwick, RI
Rec Fee: 81.00
Hist Fee: 1.00 Loc Fee: 1.00