**GUARANTY**

TO: Comquip Capital & Leasing, Inc.
21 Bluff Point Road
Northport, New York 11768

To induce you to grant to

| Beacon Press Corp. | 132 Meadow St. | Warwick, RI 02886 |
|---|---|---|
| (NAME OF DEBTOR) | (ADDRESS) | |

Debtor such credit (which term shall include loans or leases to and discount or purchase of receivables or paper of any kind from Debtor) at such times, in such amounts, on such terms, and with or without security, as you may in your discretion see fit, without notice to or consent from us, and in consideration thereof, we hereby unconditionally guarantee that irrespective of the genuineness, validity or enforceability of any document relating to such credit or of the Debtor's obligations in respect thereof, whether now existing or hereafter arising (herein called Liabilities), and of the existence, validity or value of any security, Debtor will promptly and fully pay and perform all obligations with respect to the Liabilities or any security therefor, with interest and other charges, when due at maturity or by acceleration, or when demanded if now due, and in case of extension of time when due according to such extension, or by acceleration. We consent that from time to time, without notice to or further consent from us and without releasing or affecting our liability hereunder, the time for payment or performance may be extended or accelerated in whole or part, any security may be exchanged, released, enforced, sold, leased or otherwise dealt with, the provisions of any documents may be canceled, modified or waived, any other guarantor may be released, and any indulgence may be granted Debtor, as you may in your discretion determine. No payment by us except payment in full of all the Liabilities shall entitle us to be subrogated to any of your rights.

We waive: presentment, notice of dishonor and protest, notice of default by Debtor, of sale or other dealing with security, and any other notice to which we might otherwise be entitled: jury trial, and the right to interpose any counterclaim or consolidate any other action with an action on this Guaranty.

Guarantor agrees to pay you all costs and expenses, including reasonable attorney's fees, incurred by you in exercising any of its rights hereunder or enforcing any of the terms of provisions of this Guaranty.

This Guaranty cannot be terminated or changed orally and no provision hereof may be modified or waived by you in writing; it shall continue in effect until you receive written notice of termination, which shall not release or affect our liability with respect to Liabilities theretofore created and any extensions thereof; it shall be governed by the laws of New York and shall be binding upon us, jointly and severally if more than one, and our respective heirs, representatives, successors and assigns in favor of you, your successors and assigns.

DATED: 3/22/04

NAME OF GUARANTOR

[redacted]
SOCIAL SECURITY NUMBER

26 Alger Ave.
Warwick, RI 02818
HOME ADDRESS

WITNESSED BY

HOME PHONE NUMBER

JUN-30-2005 06:34 NORTH FORK BANK 16318449760 P.02