AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

For the DISTRICT OF Rhode Island

## SUMMONS IN A CIVIL ACTION

ALL POINTS CAPITAL CORP.

V.

BEACON PRESS CORP., ANTHONY RITACCO and MARY RITACCO

CASE NUMBER:

[redacted] 05 305 S

TO: (Name and Address of Defendant)

BEACON PRESS CORP.
c/o Joel S. Chase, Esq.
585 Jefferson Blvd.
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Robert D. Fine, Esq.
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 7/11/05

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7/21/05 |
|---|---|
| NAME OF SERVER Carl Chamakian | TITLE D-I-P |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): R/A c/o Joel Chace Esq 585 Jefferson Blvd. Warwick RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/21/05 *Date* ______ [signature] *Signature of Server*

P.O. Box 576 Prov 02

*Address of Server*

3

FILED
2005 JUL 27 A 9:47
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

For the DISTRICT OF Rhode Island

## SUMMONS IN A CIVIL ACTION

ALL POINTS CAPITAL CORP.

V.

BEACON PRESS CORP., ANTHONY RITACCO and MARY RITACCO

CASE NUMBER:

[redacted] 05 305 J

TO: (Name and Address of Defendant)

ANTHONY RITACCO
26 Alger Avenue
Warwick, RI

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Robert D. Fine, Esq.
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 7/11/05

Frank C. McElroy

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7/21/05 |
|---|---|
| NAME OF SERVER Carlos Franklin | TITLE D-I-P |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): c/o Joe Chace Bldg.
585 Jefferson Blvd.
Warwick RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/21/05
*Date*

[signature]
*Signature of Server*

P.O. Box 5764
Prov RI 02903
*Address of Server*

FILED
2005 JUL 27 A 9:47
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

For the DISTRICT OF Rhode Island

SUMMONS IN A CIVIL ACTION

ALL POINTS CAPITAL CORP.

v.

BEACON PRESS CORP., ANTHONY RITACCO and MARY RITACCO

CASE NUMBER: CA 05 305 S

TO: (Name and Address of Defendant)

MARY RITACCO
26 Alger Avenue
Warwick, RI

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Robert D. Fine, Esq.
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 7/11/05

Francis P. McCafe

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7/21/05 |
|---|---|
| NAME OF SERVER Carlos Tanaktain | TITLE D-I-P |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): c/o Jose Chaca 134 585 Jefferson Blvd Warwick RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/21/05 (*Date*) — *Signature of Server* [signature]

P.O. Box 5764
Prov RI 02903
*Address of Server*

FILED
2005 JUL 27 A 9:47
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.