UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ALL POINTS CAPITAL CORP. :

VS. : C.A. NO. 05-305S

BEACON PRESS CORP., ANTHONY RITACCO :
and MARY RITACCO

ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT

Now come defendants, Beacon Press Corp., Anthony Ritacco and Mary Ritacco, and deny each and every allegation contained in the plaintiff's verified complaint except those allegations which are hereinafter expressly admitted.

1. Defendant, Beacon Press Corp., was a Rhode Island corporation with its principal place of business in Warwick, Rhode Island.

2. Defendant, Anthony Ritacco, is a Rhode Island resident and was the President of defendant, Beacon Press Corp. Defendants, Beacon Press corp., Anthony Ritacco and Mary Ritacco admit that Anthony Ritacco did sign a financing agreement with the plaintiff but deny the further allegations set forth in paragraph 3 of the plaintiff's verified complaint.

2. Defendant, Mary Ritacco, is a Rhode Island resident and the wife of Anthony Ritacco.

3. Defendants, Beacon Press Corp., Anthony Ritacco and Mary Ritacco, are without knowledge or information sufficient to form a belief as to the truth of the averments set forth in paragraph 1 of the verified complaint and thereby leave plaintiff to its proof.

4. Defendants, Beacon Press Corp., Anthony Ritacco and Mary Ritacco, admit that defendant, Anthony Ritacco, executed an equipment financing agreement, as President of

Beacon Press Corp., the obligor, with Comquip Capital & Leasing, Inc., named as creditor, and that Anthony Ritacco, as President of Beacon Press Corp., executed a document entitled Notice and Acknowledgment of Assignment, also executed by an individual on behalf of Comquip Capital & Leasing, Inc. Said defendants deny the remaining allegations set forth in paragraphs 6, 7, 8, 9 and 10.

5. Defendants, Beacon Press Corp., Anthony Ritacco and Mary Ritacco, admit that defendant, Anthony Ritacco, as President of Beacon Press Corp., executed an Equipment Financing Agreement with Comquip Capital & Leasing, Inc., dated March 22, 2004, and that Mr. Ritacco, as President of Beacon Press Corp., executed a Notice and Acknowledgment of Assignment with Comquip Capital & Leasing, Inc., dated June 22, 2004. Said defendants also admit that the equipment involved in the Equipment Financing Agreement was a new Raghbeer Offset Printing Press with several attachments which Beacon Press Corp. attempted to utilize in its business operations but had great difficulty doing so because the printing press never worked properly. Said defendants deny the further allegations set forth in paragraphs 11, 12, 13, 14, 15, 16, 17 and 18 of the plaintiff's verified complaint.

6. Defendants, Beacon Press Corp., Anthony Ritacco and Mary Ritacco, admit that defendant, Anthony Ritacco, signed a document entitled Guaranty, dated March 22, 2004, but deny the other allegations set forth in paragraphs 20 and 21 of the plaintiff's verified complaint.

7. Defendants, Beacon Press Corp., Anthony Ritacco and Mary Ritacco, admit that, on November 11, 2004, Anthony A. Ritacco and Mary P. Ritacco quitclaimed to Mary P. Ritacco a parcel of land with all buildings and improvements thereon situated on Alger Avenue, Warwick, Rhode Island. Said defendants deny any further allegations set forth in paragraphs 23, 24, 25 and 26 of the plaintiff's verified complaint.

8. Defendants, Beacon Press Corp., Anthony Ritacco and Mary Ritacco, specifically raise the affirmative defense of failure of consideration.

WHEREFORE, defendants, Beacon Press Corp., Anthony Ritacco and Mary Ritacco, demand judgment against the plaintiff and further demand that plaintiff's complaint be dismissed.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
(401) 751-1500
FAX: (401) 751-4124

Defendants, Beacon Press Corp., Anthony Ritacco and Mary Ritacco, hereby claim a trial by jury.

CERTIFIATION

I hereby certify that a copy of the within answer was forwarded to **Robert D. Fine, Esquire,** Chace Ruttenberg & Freedman, LLP, One Park Row - Suite 300, Providence, Rhode Island 02903 on the 2nd day of September, 2005, postage prepaid, regular mail.