UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALL POINTS CAPITAL CORP. | : | |
| VS. | : | C.A. NO. 05-305S |
| BEACON PRESS CORP., ANTHONY RITACCO and MARY RITACCO | : | |

ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of defendants, Beacon Press Corp., Anthony Ritacco and Mary Ritacco, in the above-captioned matter.

Robert W. Smith #1874
Attorney for Defendants

September 2, 2005

Copy to: Robert D. Fine, Esquire