UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALL POINTS CAPITAL CORP. | : | |
| VS. | : | C.A. NO. 05-305S |
| BEACON PRESS CORP., ANTHONY RITACCO and MARY RITACCO | : | |

MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME

Now come defendants, Beacon Press Corp., Anthony Ritacco and Mary Ritacco, and hereby move this Honorable Court for leave to file an answer to plaintiff's verified complaint out of time in the above-captioned matter in the form annexed hereto. Plaintiff has no objection to this motion being granted.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
(401) 751-1500
FAX: (401) 751-4124

September 2, 2005

CERTIFIATION

I hereby certify that a copy of the within motion was forwarded to **Robert D. Fine, Esquire,** Chace Ruttenberg & Freedman, LLP, One Park Row - Suite 300, Providence, Rhode Island 02903 on the 2nd day of September, 2005, postage prepaid, regular mail.