UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALL POINTS CAPITAL CORP.,
Plaintiff

VS. C.A. No. 05-305S

BEACON PRESS CORP.,
ANTHONY RITACCO,
and MARY RITACCO,
Defendants

**ORDER**

I hereby transfer the above-captioned case to Judge Mary M. Lisi.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 10/18/05