DC 11
Rev. 7/82

# WRIT OF EXECUTION

| | |
|---|---|
| **United States District Court** | DISTRICT Rhode Island No. 05-305-ML |

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Anthony and Mary Ritacco
26 Alger Avenue
Warwick, Rhode Island

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $608,203.85 | and | |

in the United States District Court for the ______________ District of Rhode Island,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Anthony and Mary Ritacco

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE |

Witness the Honorable Mary M. Lisi
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 11/29/05 | David A. DiMarzio |
| | (BY) DEPUTY CLERK<br>Barbara Barletta *Barbara Barletta* |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |