*UNITED STATES DISTRICT COURT*
*DISTRICT OF RHODE ISLAND*

| | | |
|---|---|---|
| ALL POINTS CAPITAL CORP. | : | |
| | : | |
| -V- | : | Civil Action No. 05-305-ML |
| | : | |
| BEACON PRESS CORP., | : | |
| ANTHONY RITACCO, | : | |
| and MARY RITACCO | : | |

## *AMENDED CONSENT JUDGMENT*

In the above-entitled matter, the parties agree that the following entries may be made:

1. Judgment hereby enters in favor of the plaintiff, All Points Capital Corp. ("APCC") and against defendants Beacon Press Corp. ("Beacon") and Anthony Ritacco ("Tony") on Counts I and II of the Complaint, in the amount of Six Hundred Eight Thousand Two Hundred Three Dollars and Eighty-Five Cents ($608,203.85) (the "Judgment Amount").

2. Count III of the Complaint against defendant Mary Ritacco ("Mary"), is hereby dismissed.

3. As a condition precedent to this Consent Judgment, Mary has executed a Quitclaim Deed of the property located at 26 Alger Avenue, Warwick, Rhode Island ("26 Alger Avenue"), to Anthony and Mary, as tenants by the entirety.

4. Execution shall issue forthwith.

5. The execution shall be recorded as a lien against 26 Alger Avenue in the Judgment Amount, to be reduced as payments are received, which lien shall be non-recourse as to Mary, and such lien shall be inferior only to those liens on 26 Alger Avenue previously existing and perfected

6. Any further execution on this Consent Judgment, other than its being recorded with the Land Evidence Records of the City of Warwick, shall be stayed on the condition that Beacon and/or Anthony shall:

a. tender the sum of One Hundred Thousand Dollars ($100,000) to APCC, within ninety days of the date of entry of this Consent Judgment; and

b. in addition to the payment set forth in Paragraph 6(a), tender the proceeds of the sale of the Raghbeer Fast 300 printing press, which serves as APCC's security for Beacon and Tony's underlying debt to APCC, within 240 days of the date of entry of this Consent Judgment (which sale must be previously approved by APCC, which consent will not be unreasonably withheld); and

c. in addition to the payments set forth in Paragraph 6(a) and 6(b), tender the sum of Six Thousand Five Hundred Dollars ($6,500) to APCC contemporaneously with the execution of this Consent Judgment, again on December 15, 2005, and then once a month, for the next six (6) months thereafter, upon the fifteenth day of each such month; and

d. at such time that all other payments required under this Paragraph 6 are made as provided herein, any remaining balance of the Judgment Amount shall be paid by Beacon and/or Tony to APCC on a monthly basis, amortized over a seven-year repayment period.

7. Tony and Mary hereby agree and covenant that they shall not reduce, impair, abate or decrease their present equity in their home, and specifically covenant and agree that, at no time until the payment obligations contained in this Consent Judgment are made in full, shall the outstanding principal balance owed by Tony and Mary to Citizens Bank on the line of credit secured by a lien on 26 Alger Avenue exceed the amount outstanding as of October 25, 2005.

8. In the event of a breach of any of the obligations contained in Paragraph 3, 4, 5, 6 or 7 of this Consent Judgment (including the failure to sell the Raghbeer Fast 300 machine within 240

9. APCC's pending Motion for Temporary Restraining Order and Injunctive Relief is withdrawn without prejudice.

10. The parties hereto agree and covenant to execute any and all documents necessary to effectuate the terms hereof.

ALL POINTS CAPITAL CORP.
By its attorneys,

Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411

Dated: December 2, 2005

BEACON PRESS CORP.,
ANTHONY RITACCO and
MARY RITACCO,
By their attorneys,

Robert W. Smith (1874)
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903
Tel.: (401) 751-1500
Fax: (401) 751-4124

SO ORDERED:

Hon. Mary M. Lisi, U.S.D.J.
Dated: ~~November~~ December 2, 2005