U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: ALL POINTS CAPITAL CORP.

COURT CASE NUMBER: 05-305-ML

DEFENDANT: BEACON PRESS CORP., ANTHONY RITACCO, MARY RITACCO

TYPE OF PROCESS: Deed, Judgment, Execution

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: WARWICK CITY HALL (LAND EVIDENCE RECORDS for 26 Alger Ave.)

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Douglas Emanuel, Esq.
Chace Ruttenberg & Freedman LLP
One Park Row, Ste. 300
Providence RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

Please record all 3 documents in Warwick City Hall in the following order: Deed, Amendent Consent Judgment, Writ of Execution. (Return file-marked copies, please.)

Fold

Signature of Attorney or other Originator requesting service on behalf of: [signature]

☑ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 401 453 6400

DATE: 12.5.5

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 70 | No. 70 | [signature] | 12-5-05 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 12/6/05 Time: 10:30 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 45.00 | $ 11.64 | | $ 56.64 | $ 150.00 | | $ 93.36 |

REMARKS:

Note: filed as 2 doc's Quit-Claim Deed + Judgment — *w/ Writ Attached As 4th Page

New Fees: $132.00

1 End, 1 Deputy, 1 hour, 24 miles Roundtrip

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)