**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALL POINTS CAPITAL CORPORATION** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 05-305S** |
| **BEACON PRESS CORPORATION, ANTHONY RITACCO and MARY RITACCO** *Defendants* | : | |

**ENTRY OF APPEARANCE**

I, Raymond A. Marcaccio, hereby enter my appearance on behalf of Defendant Anthony Ritacco in the above-captioned matter.

/s/ Raymond A. Marcaccio

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: October 5, 2006

**CERTIFICATION**

I hereby certify that the foregoing *ENTRY OF APPEARANCE* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 5th day of October, 2006.

Douglas J. Emanuel, Esquire
demanuel@crfllp.com

/s/ Raymond A. Marcaccio