All Points Capital Corp
A Subsidiary of North Fork Bank

February 13, 2006

Mr. Anthony A. Ritacco
26 Alger Avenue
Warwick, RI 02818

Re: Revised Terms of Agreement

Dear Mr. Ritacco:

We are in receipt of your letter of February 10, 2006 addressed to Catherine Wilinski of this office. While the general terms identified in your letter reflect our understanding, there are some specific terms which do not reflect our understanding or need to be clarified.

You have confirmed your agreement to continue to make payments in accordance with our existing agreement, including the $6,500 payment due in February and the $100,000 payment due March 15, 2006, as well as all additional scheduled monthly payments thereafter until such a time as All Points receives payment in full of the $475,000 stipulated amount (the "Stipulated Amount"). However, only payments made by you after confirmation by both parties of this revised agreement shall be credited towards the Stipulated Amount; accordingly the $5,000 payment made to All Points on July 29, 2005 and the two monthly payments made December 13, 2005 and January 11, 2006 totaling $13,000 will not be credited against the Stipulated Amount. Further, in the event your written agreement to the terms of this revised payment plan as requested below is not received by All Points prior to its timely receipt of the February payment (or in the event the February payment is past due), said payment will similarly not be credited to the Stipulated Amount.

As further clarification, you agree to use you best efforts to expedite the refinancing of your house and to keep All Points informed about the progress of such efforts, including sending to us a copy of the written commitment form the financial institution providing the refinancing. Finally, until such a time as All Points has received the Stipulated Amount in full, it shall continue to maintain its interest in the Fast 300 and shall not waive any other rights or remedies it may have under contract or at law..

If you are in agreement with the terms of this letter as modifying you correspondence of February 10, 2006, please sign below where indicated and telecopy back to my attention at 631-531-2701.

Very truly yours,

Anthony Perekins
Managing Director

c.c. Catherine Wilinski

Agreed: ______________________
Anthony A. Ritacco

275 Broadhollow Road, P.O.Box 8914, Melville, NY 11747, 631 531 2800 Fax: 631 531 2707

TOTAL P.02