***UNITED STATES DISTRICT COURT***
***DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| ALL POINTS CAPITAL CORP. | : | |
| | : | |
| -V- | : | Civil Action No. 2005-305-ML |
| | : | |
| BEACON PRESS CORP., | : | |
| ANTHONY RITACCO, | : | |
| and MARY RITACCO | : | |

***NOTICE OF DEPOSITION***

Please take notice that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the plaintiff, All Points Capital Corp., by the undersigned attorney, will take the deposition upon oral examination of the defendant, Anthony Ritacco, individually and as President of defendant Beacon Press Corp., at **10:00 A.M.** on **Tuesday, November 21, 2006**, at the office of Chace Ruttenberg & Freedman, LLP., One Park Row, Suite 300, Providence, RI 02903, before a notary public or before some other officer authorized by law to administer oaths.

The deponent is requested to provide the documents indicated on the attached Schedule A at or before the time of deposition.

The oral examination will continue from day to day until completed. You are invited to attend and to cross-examine.

ALL POINTS CAPITAL CORP.
By its attorneys,

/s/ Douglas J. Emanuel
Robert D. Fine (2447)
Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

Dated: November 3, 2006

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 3, 2006.

/s/ Douglas J. Emanuel

## *SCHEDULE A*

1. All documents regarding the location, title, condition or other status of the Raghbeer Fast 300 machine now or formerly owned by Beacon Press Corp. and in which All Points Capital Corp. has a secured interest (the "Fast 300").

2. All documents regarding the sale or other transfer of the Fast 300 since March 22, 2004.

3. All correspondence regarding the Fast 300 since March 22, 2004.

4. All documents regarding any 2006 refinancing of Mr. Ritacco's home in Warwick, Rhode Island, including, but not limited to, any deed to the property and any settlement sheets.

5. All correspondence between you and Catherine Wilinski and/or other representatives of All Points Capital Corporation since December 2, 2005.