Historic Wayland Building
One Park Row • Suite 300
Providence, RI 02903
(401) 453-6400
Fax: (401) 453-6411

# CHACE RUTTENBERG & FREEDMAN, LLP

*Attorneys at Law*

**Date: December 21, 2005**

**To:** Joel Chase

**Fax No.:** 739-1932

**Phone No.**

**Pages:** 1, including this cover sheet

**From:** Robert D. Fine

**COMMENTS:**

**Joel - All Points Capital Corp. approves of a sale of the Raghbeer/ Fast 300 machine for a price of $250,000. Bob**

The documents accompanying this fax transmission contain information from the law firm of Chace Ruttenberg & Freedman, LLP which is confidential and/or legally privileged. The information is intended only for the use of the party on this transmission sheet. All others are hereby notified that any disclosure, copying, or distribution of the contents of this faxed information is strictly prohibited. If the party named is not available for delivery, all documents faxed should be returned to this firm immediately. We would be pleased to arrange for the return of the documents to us at no cost to you.