ANTHONY A. RITACCO
26 ALGER AVENUE
WARWICK, RI 02818

February 10, 2006

Ms. Catherine Wilinski
Vice President
All Points Capital Corp.
275 Broadhollow Road, 3rd Floor
Melville, NY 11747

Dear Cathy:

At your request, I am following up on today's phone conversation. This is to confirm our understanding as to changes in our existing agreement.

It is my understanding that this is our agreement. I will continue to pay the $6,500 monthly as previously agreed. I am starting the process to refinance my house. When the refinancing is completed, I will pay All Points an amount equivalent to $475,000 minus all payments made to date under our previous agreement. This will include the $5,000 payment made on July 29 and all $6,500 payments made thereafter. To date, the additional monthly payments include those of December 13 and January 11. I am in the process of sending the February check for $6,500. Any additional monthly checks that you receive prior to the refinancing will also be credited against the $475,000. I also understand that if the refinancing is not completed by March 15, I am to make an interim payment of $100,000 at that time. It is also my understanding that, based upon this revised agreement, All Points no longer has an interest in the Fast 300.

If you are in agreement, please sign this letter and fax a copy back to me. I thank you for your understanding and I will notify you with the closing date for the refinancing of my house.

Very truly yours,

Anthony A. Ritacco