JOEL S. CHASE
ATTORNEY AT LAW
585 JEFFERSON BOULEVARD
WARWICK, RHODE ISLAND 02886

TELEPHONE:
(401) 739-9900

FACSIMILE:
(401) 739-1932

February 10, 2006

Ken Ubert
Ubertk@discoverhometown.com
Page 1 of 2

Dear Mr. Ubert:

I have been asked to draft an agreement and promissory note to memorialize the terms to which you have agreed relative to the purchase of the Fast 300 eight-unit press from Beacon Press/Anthony Ritacco. This letter agreement outlines the basic terms as I understand them. At the end of this letter, I have provided signature and date lines for each of you. By signing below, you will each acknowledge that you understand and agree with the terms as contained herein. The executed document will then become a binding agreement. The pertinent terms are as follows:

1. Total sales price of $268,000
2. $10,000 down
3. $5,000 paid on or before June 1, 2006
4. $228,000 paid at the rate of $3,800 per month for 60 months commencing April 15, 2006 and on the 15th of each consecutive month thereafter for the 60-month total the terms of this agreement are incorporated into the promissory note.
5. $25,000 balloon payment to be paid on or before February 15, 2011
6. Fast 300 to be shipped freight collect from 132 Meadow Street, Warwick RI to address in Germantown to be provided by Ubert
7. Fast 300 will be shipped upon receipt of executed promissory note and confirmation from Gus Izurieta that the $10,000 down has been received on Beacon/Ritacco's behalf
8. Beacon/Ritacco warrants that there are no liens or encumbrances on the machinery and will hold Ubert harmless and indemnify him against any claims in that regard
9. Ubert is agreeing to purchase the Fast 300 8 unit press. See the attached list exhibit A and truck manifest, which includes the items included with this agreement.

10. This agreement is contingent on the Buyer obtaining a satisfactory report from a UCC search, which includes the Fast 300, and all asset search.
11. This agreement is contingent on the buyer receiving a full release and satisfaction from a leasing company or finance company to clear the title for this purchase.
12. The Buyer in this agreement shall be changed to Ubert Investment LLC.
13. The seller will warrant that he has title to the goods and if they are in the name of a corporation he will supply the necessary documents to establish that he has the authority to complete the agreement.
14. The Buyer warrants that the machinery and equipment is in good working order for its ordinary use.
15. The seller will obtain insurance on the machinery and equipment during shipping.



I am emailing this letter to you with the understanding that you will print a hard copy and sign and date same. Please then fax me a signed copy and mail the original to me at the address listed above.

Very truly yours,

Joel S. Chase, Esquire

JSC:lmk

BEACON PRESS CORPORATION

______________ By: ______________________________
Date Anthony A. Ritacco, President

Ubert Investment LLC, By

2-16-06 ______________________________
Date Ken Ubert