**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALL POINTS CAPITAL CORPORATION** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 05-305S** |
| **BEACON PRESS CORPORATION, ANTHONY RITACCO and MARY RITACCO** *Defendants* | : | |

**ENTRY OF ORDER FOR**
**MODIFICATION OF JUDGMENT**

This matter was heard on January 30, 2007 before Chief Judge Mary M. Lisi on the motion of Defendant, Anthony Ritacco, both individually and as president of Beacon Press Corporation ("Defendant"), to modify the December 2, 2005 Amended Consent Judgment, pursuant to Fed. R. Civ. P. 60(b). After hearing thereon, and in consideration thereof, it is hereby ordered and adjudged:

The Defendant's motion is hereby granted. The December 2, 2005 Amended Consent Judgment is modified to reflect and conform to the agreement entered between Defendant and the Plaintiff, All Points Capital Corporation, on or about February 13, 2006, a copy of which is attached to this Order. Defendant has completed performance of his obligation to Plaintiff by tendering final payment in the amount of $58,290.72 to Plaintiff on September 13, 2006. Defendant is instructed to tender a new check to Plaintiff in the event that the check tendered on September 13, 2006 is no longer valid. Upon the receipt and clearance of said proceeds to Plaintiff, the Judgment shall be deemed to be fully satisfied.

ENTER: PER ORDER:

Mary M. Lisi
Hon. Mary M. Lisi, U.S.D.J.
2/1/07

Barbara Barletta
Deputy Clerk ~~Clerk of the Court~~

Presented by:

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: January 31, 2007

**CERTIFICATION**

I hereby certify that the foregoing *ENTRY OF ORDER FOR MODIFICATION OF JUDGMENT* was served, via email, to the following attorney on this 31st day of January, 2007.

Douglas J. Emanuel, Esquire
demanuel@crfllp.com

/s/ Raymond A. Marcaccio